# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **MARTIN JOHN ST. GODDARD,** <br><br> **Defendant.** | CR 18-100-GF-BMM <br><br> **ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE AND ISSUING WARRANT** |

The Government has moved to revoke the defendant's pretrial release. I find there is probable cause to believe the defendant has violated his conditions of release, supported by the affidavit of the U.S. Pretrial Services Officer given under penalty of perjury. The Court grants the motion and orders the issuance of a WARRANT.

DATED this 6th day of February, 2019.

_John Johnston_
United States Magistrate Judge

1