IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 18-100-GF-BMM |
| vs. | |
| MARTIN JOHN ST. GODDARD, | ORDER |
| Defendant. | |

Martin St. Goddard ("St. Goddard") filed a Motion for Early Termination of Supervised Release on July 28, 2022. (Doc. 52.) The United States Attorney does not oppose the Court granting St Goddard's Motion. (Doc. *Id*.) The Court conducted a hearing on the motion on August 17, 2022. (Doc. 55.) The Court concluded that at the hearing that the Court would terminate St. Goddards's supervised. (*Id*.) For the reasons below, the Court now grants England's motion.

St. Goddard pled guilty to Count 2 of the Indictment, Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. § 1153(a) and 113(a)(6) at a change of plea hearing on May 21, 2019. (Doc. 38.) The Court sentenced St. Goddard to the Bureau of Prisons on September 4, 2019, for a term of 24 months, followed by three years of supervised release. (Doc 45.) Federal law authorizes a defendant to move for termination of supervised release after successfully completing one year if the

Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of St. Goddard's supervised release. St. Goddard has been under supervision without incident for 22 months. St. Goddard began supervised release in October of 2020. There is no indication in the record that St. Goddard violated the terms of his supervision. St. Goddard's probation officer, Annie Bambenek indicated that St. Goddard has done well on supervision and there have been no issues whatsoever. (Doc. 53, pg. 2.)  Because of this, termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1.    St. Goddard's Motion for Early Termination of Supervised Release (Doc. 52) is **GRANTED**.

2.    St. Goddard is **DISCHARGED** from supervised release.

DATED this 18th day of August, 2022.


_____
Brian Morris, Chief District Judge
United States District Court